```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         AUG 13 2012

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Eugene Powell ) <br> ) <br> Defendant. ) | Case No. CR 07-990-SJO <br><br> ORDER OF DETENTION AFTER HEARING <br> (Fed.R.Crim.P. 32.1(a)(6) <br> 18 U.S.C. § 3143(a) <br> Allegations of Violations of <br> Probation/Supervised Release <br> Conditions) |

On arrest warrant issued by the United States District Court for the ___CDCA___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1      2.   The Court concludes:
 2           A.   (✓) Defendant has failed to demonstrate by clear and
 3                    convincing evidence that he is not likely to pose
 4                    a risk to the safety of any other persons or the
 5                    community.  Defendant poses a risk to the safety
 6                    of other persons or the community based on:
 7                    _____
 8                    _____
 9                    _____
10                    _____
11                    _____
12           B.   (✓) Defendant has failed to demonstrate by clear and
13                    convincing evidence that he is not likely to flee
14                    if released.  Defendant poses a flight risk based
15                    on: _____
16                    _____
17                    _____
18                    _____
19                    _____
20
21           IT IS ORDERED that defendant be detained.
22
23      DATED:   8/13/12
24
25                                     _____
                                       HONORABLE JACQUELINE CHOOLJIAN
26                                     United States Magistrate Judge
27
28
```